AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Priority Mail, Tracking Number: 9505 5145 0162 6094 0813 99 addressed to ███████████ with a return address of ███████████

)
)
)
)
)
)
)
)

Case No.    1:26-mj-296

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Priority Mail, Tracking Number: 99505 5145 0162 6094 0813 99 addressed to ███████████ with a return address of ███████████

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized):*

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation in Title 21, United States Code, Section 841(a)(1) and 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a) (1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to Commit a Title 21 Offense |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector Brett Yenger.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brett Yenger, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    April 10, 2026
_____

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state:    Columbus, Ohio
_____

## AFFIDAVIT

I, Brett L. Yenger, having been duly sworn, depose and state:

1. I am a United States Postal Inspector, having been so employed since February 2017.  I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the United States Postal Inspection Service ("USPIS") with investigative responsibility for southwest Ohio and northern Kentucky.  Part of my investigative responsibility involves the use of the United States Mail in the illegal transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. I completed United States Postal Inspection Service Basic Training in April 2017. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail.  In addition to this formal training, I have worked since May 2017 with various federal, state, and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

3. This Affidavit is made in support of a search warrant for the following property, namely the package associated with the following United States Postal Service ("USPS") Priority Mail, Tracking Number:

     a.      **9505 5145 0162 6094 0813 99** (the "**Subject Package**")

This Affidavit is made in support of a warrant to search the **Subject Package** for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed in relation to the following offenses:

a.      Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841; and
b.      Conspiracy to Commit a Title 21 Offense, in violation of Title 21, United States Code, § 846.

Because this Affidavit is submitted in support of the application of the United States to search the **Subject Package**, it does not include every fact known concerning this investigation. I have set forth facts and circumstances that I have relied upon to establish probable cause to justify the issuance of a warrant to search the **Subject Package**. The **Subject Package** is currently being held at the USPIS Cincinnati Field Office.

4. Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail, services offered by the USPS, to transport narcotics and other dangerous controlled substances.  As a result of investigations and successful controlled substance prosecutions where Priority Mail Express and/or Priority Mail were used, I have learned of certain characteristics associated with other Priority Mail Express and/or Priority Mail items previously identified as containing narcotics or other dangerous controlled substances.  Some of

these characteristics include (but are not necessarily limited to or used on every occasion): false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

5. On or about April 8, 2026, U.S. Postal Inspectors identified and intercepted the **Subject Package** from the Cincinnati Network Distribution Center which is located in the Southern District of Ohio.

   The **Subject Package** is further described as:

   **Priority Mail, Tracking Number: 9505 5145 0162 6094 0813 99**
   Weighing approximately 0 pounds and 5.1 ounces in a USPS Flat Rate Envelope. Postage paid was $11.95.

   **Sender:**

   **Addressee:**



6. I observed the **Subject Package** and reviewed USPS tracking information, which indicated it was mailed from the Bell Gardens, CA Post Office located at 7001 Garfield Ave, Bell Gardens, CA 90201 on April 4, 2026, at 2:57 PM.

7. I searched the CLEAR database for the listed return address of the **Subject Package**. CLEAR is an investigative platform available exclusively to law enforcement and other government investigators that contains public-record data about people and businesses. There was ▮▮▮▮▮▮ associated with that address.

8. I searched the CLEAR database for the listed addressee of the **Subject Package**. The information obtained from the system indicated that the destination address is a UPS Store.

9. I searched the CLEAR database for a ▮▮▮▮▮▮ and found that there is a ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. On or about April 9, I arranged for Deputy Michael J. Ritter, Hamilton County Sheriff's Office, to utilize a narcotics canine to check the **Subject Package**. Deputy Ritter and his canine "Odin" are a currently certified narcotics team. The team is certified by the Ohio Peace Officer Training Commission and the Ohio Office of the Attorney

2

General. Deputy Ritter reports that "Odin" passed all of his examinations and has successfully located hidden drugs in the past; I therefore consider "Odin" to be reliable. I met Deputy Ritter at the USPIS Cincinnati Field Office, where the **Subject Package** was placed in a separate office among several other similar packages and presented to "Odin," who alerted positively to the presence or odor of a controlled substance upon the **Subject Package**. Attached to this Affidavit, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

11. Based upon my experience and training, this information, along with the positive alert of narcotic canine "Odin," is indicative of the **Subject Package** containing narcotics or proceeds relating thereto.

12. Based upon the information contained in this Affidavit, I believe that there is probable cause to believe that the **Subject Package** will contain evidence and/or contraband, fruits of crime, or other items illegally possessed.  Therefore, a search warrant to open the **Subject Package** is requested.

Further, your Affiant sayeth naught.

_____
Brett L. Yenger
U.S. Postal Inspector

Subscribed and sworn to and before me this ___10th___ day of April 2026.

_____
Kimberly A. Jolson
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

**OFFICER AFFIDAVIT**

I, DEPUTY M. RITTER, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 2003.  AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "ODIN", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

**Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives.**

ON 03/12/2025, AT THE REQUEST OF POSTAL INSPECTOR J.R. ROTH I RESPONDED TO THE USPIS CINCINNATI FIELD OFFICE WHERE "ODIN" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

USPS Priority Mail, Tracking Number: 9505 5145 0162 6094 0813 99, addressed to ███████████ ████████████████████ with a return address of ███████████ ██████

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "ODIN", I CONSIDER THE ABOVE-DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

*[signature]*

04/09/2026

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH  45202-5748
Telephone:  513-684-8060
FAX:  513-684-8009